# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 374 | **DATE** | 2/21/2013 |
| **CASE TITLE** | Bridgeport Pain Control Center vs. EMDAT, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Notice of Dismissal [21], Plaintiff voluntarily dismisses its class claims without prejudice and without costs against defendant EMDAT, Inc. Plaintiff voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs. Motion by Thad Jelinske to appear pro hac vice [16] is granted. Motion to certify class [7] is denied as moot. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|